# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| KANE BROLIN,<br><br>        Plaintiff,<br><br>v.<br><br>QUINCY FARM SUPPLY CO. DBA FARM AND HOME SUPPLY,<br><br>        Defendant. | Civil Action No. 3:25-cv-0038 |

## NOTICE OF SETTLEMENT

Plaintiff Kane Brolin hereby advises this Honorable Court that he has reached an agreement in principle with Defendant Quincy Farm Supply Co. dba Farm and Home Supply. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: March 7, 2025

Respectfully Submitted,

 */s/ Benjamin J. Sweet*
Benjamin J. Sweet
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER, & SWEET LLP**
101 Pennsylvania Boulevard, Suite 2
Pittsburgh, Pennsylvania 15228
Phone: (412) 857-5350

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 7th day of March, 2025.

                                                                             */s/ Benjamin J. Sweet*
                                                                              Benjamin J. Sweet