**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| KANE BROLIN,<br><br>                    Plaintiff,<br><br>     v.<br><br>QUINCY FARM SUPPLY CO. DBA FARM AND HOME SUPPLY,<br><br>                    Defendant. | Civil Action No. 3:25-cv-00038 |

## <u>NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)</u>

1.      Whereas Plaintiff Kane Brolin filed the above-referenced case against Defendant

Quincy Farm Supply Co. dba Farm and Home Supply on January 14, 2025.

2.      Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal

is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule

41(a)(1)(A)(i).

3.      Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i),

Plaintiff hereby dismisses the complaint with prejudice.

        Dated: May 9, 2025                    Respectfully Submitted,

                                              */s/ Benjamin Sweet*
                                              Benjamin J. Sweet
                                              ben@nshmlaw.com
                                              **NYE, STIRLING, HALE, MILLER, &**
                                              **SWEET LLP**
                                              101 Pennsylvania Boulevard, Suite 2
                                              Pittsburgh, PA 15228

                                              *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 9th day of May, 2025.

  _/s/ Benjamin J. Sweet_
Benjamin J. Sweet